IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,     )
                              )
                Plaintiff,    )          8:12CR157
                              )
        vs.                   )     ORDER FOR DISMISSAL
                              )
TED SANCHEZ,                  )
                              )
                Defendants.   )

NOW ON THIS 18th day of July, 2012, this matter is before the Court on the United States'

Motion for Dismissal (Filing No. 10).  The Court, being duly advised in the premises, finds said

Motion should be sustained.

IT IS HEREBY ORDERED:

1.     Leave of Court is granted for the United States to dismiss, without prejudice, the

Indictment filed herein as to the Defendant, TED SANCHEZ.

2.     The Indictment filed herein is hereby dismissed, without prejudice, as it pertains to the

Defendant,TED SANCHEZ.

BY THE COURT:


s/ Joseph F. Bataillon
United States District Court Judge